UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 06 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | MDL Docket No. 875 |
| LIABILITY LITIGATION (NO. VI) ) | E.D. PA No. |
| ) | |
| This Case Relates to: ) | |
| ) | |
| PLAINTIFF JAMES HOHLER ) | NO. LR-C-91-00460 |
| HOHLER V. ALLIED MFG. CO., INC., ET AL ) | |
| Transferor Jurisdiction: Arkansas ) | |
| Transferor Cause No.: 4:91-CV-00460 ) | |
| MDL 875 Cause No.: Not Yet Assigned ) | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon motion of the plaintiff, James Hohler, his cause of action is hereby dismissed without prejudice as to the defendants

IT IS SO ORDERED.

_____
COURT JUDGE
Eduardo C. Robreno
DATED: 3/27/09

PREPARED BY:

/s/ Edward O. Moody
Edward O. Moody
EDWARD O. MOODY, P.A.
801 West Fourth Street
Little Rock, Arkansas 72201
ARK. BAR ID. NO. 78116
Attorney for Plaintiff